PROB 35
Rev. 5/01
Release

Report and Order Terminating Probation/
Supervised

Prior to Original Expiration Date

U.S. [illegible] COURT
AUGUSTA DIV

2014 DEC 15 P 3: 33

CLERK [illegible]
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

UNITED STATES OF AMERICA

V.                                          1:99CR00023-003

GERALDINE KEMP

On June 15, 2008, the above-named was placed on supervised release for a period of eight years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Geraldine Kemp be discharged from supervised release.

Respectfully submitted,

_Christopher A. Doughtie_

Christopher A. Doughtie, Sr.
United States Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this _15th_ day of _December_, 2014.

_Dudley H. Bowen, Jr._

Dudley H. Bowen, Jr.
United States District Judge